UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: <u>FAIRWAY BURNER SERVICE, INC.</u>          Case No.

                                                   Chapter 11

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent unliquidated disputed or subject to setoff | (5) Amount of claim [If secured also state value of security] |
|---|---|---|---|---|
| On Deck Capital<br>1400 Broadway<br>New York, NY 10018 | Collections, (917) 677-7114 | Loan | n/a | $280,000.00 |
| IOU Financial<br>600 Town Park Lane, Ste 100<br>Kennesaw, GA 30144 | (866) 217-8564 | Loan | n/a | $95,000.00 |
| Blackman Plumbing<br>POB 9400<br>Uniondale, NY 11555 | (631) 823-4300 | Trade Debt | n/a | $86,000.00 |
| Hydronic Supply<br>1175 Sunrise Highway<br>Copiague, NY 11726 | (631) 841-7171 | Trade Debt | n/a | $7,500.00 |
| Amtrust/Rochdale<br>59 Maiden Lane<br>New York, NY 10038 | (212) 220-7120 | Insurance premiums | n/a | $5,800.00 |
| Harleysville Insurance<br>215 Washington Street, Ste 003<br>Watertown, NY 13601 | (800) 962-1006 | Insurance premiums | n/a | $5,800.00 |
| Sid Harvey Ind.<br>605 Locust Street<br>Garden City, NY 11530 | (516) 745-9351 | Trade Debt | n/a | $5,000.00 |

| | | | | |
|---|---|---|---|---|
| JF Sales Co. Inc.<br>2140-7 Pond Road<br>Ronkonkoma, NY 11779 | (631) 981-0027 | Trade Debt | n/a | $4,000.00 |
| May Tank Co.<br>30 Edwards Avenue<br>Sayville, NY 11782 | (631) 244-7217 | Trade Debt | n/a | $2,800.00 |
| Silent Heet Distributing Corp.<br>164 Old Country Road<br>Hicksville, NY 11801 | (516) 681-6200 | Trade Debt | n/a | $2,500.00 |
| Barnwell House of Tires<br>65 Jetson Lane<br>Central Islip, NY 11722 | (631) 737-6008 | Trade Debt | n/a | $2,400.00 |
| ABCO Refrigeration Supply<br>49-70 31st Street<br>Long Island City, NY 11101 | (718) 927-9005 | Trade Debt | n/a | $2,000.00 |
| Sprint Wireless<br>POB 96031<br>Charlotte, NC 28296-0031 | (866) 313-6672 | Utilities | n/a | $1,600.00 |
| American Universal<br>199 Ridgewood Drive<br>Elmsford, NY 10523 | (914) 347-3929 | Trade Debt | n/a | $1,600.00 |
| Long Island Hardware<br>4155 Veterans Highway, St 9<br>Ronkonkoma, NY 11779 | (631) 467-1316 | Trade Debt | n/a | $1,600.00 |
| Wex Fuel Card<br>97 Darling Avenue<br>Portland, ME 04106 | (800) 395-0812 | Revolving Credit | n/a | $1,600.00 |
| MAS Sales<br>1709 Newbridge Road<br>Bellmore, NY 11710 | (516) 221-6030 | Trade Debt | n/a | $1,500.00 |
| Tiger Electric<br>61 Cloverdale Avenue<br>Farmingville, NY 11738 | ((631) 320-3671 | Trade Debt | n/a | $1,000.00 |
| Huntington Plumbing<br>310 Broadway<br>Huntington Sta, NY 11746 | (631) 421-5775 | Trade Debt | n/a | $1,000.00 |

DECLARATION UNDER PENALTY OR PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, Bradley J. Galoppe, Sr., the President of Fairway Burner Service, Inc., named as the debtor in this case, declares under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my knowledge and belief.

Dated: July 7, 2015                    /s/Bradley J. Galoppe, Sr.
                                              _____
                                              Bradley J. Galoppe, Sr., President